**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Nicholas K. Lagemann
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
(973) 425-8210
NLagemann@mdmc-law.com

**SIDLEY AUSTIN LLP**
Jacquelyn Fradette (*pro hac vice* to be filed)
Alan Charles Raul (*pro hac vice* to be filed)
1501 K Street, NW
Washington, District of Columbia 20005
(202) 736-8822
jfradette@sidley.com
araul@sidley.com

*Attorneys for Specially Appearing Defendants MyHeritage Ltd. and MyHeritage (USA), Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| ATLAS DATA PRIVACY CORP., JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN<br><br>*Plaintiffs*,<br><br>v.<br><br>MYHERITAGE LTD., MYHERITAGE (USA), INC., RICHARD ROES 1-10, *fictitious names of unknown individuals*, and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>*Defendant*. | Civil Action No. |

Application is hereby made pursuant to Local Civil Rule 6.1(b) for a Clerk's Order

extending the time within which Specially Appearing Defendants MyHeritage Ltd. and

MyHeritage (USA), Inc. (collectively, "Defendants") may answer, move, or otherwise reply to the Complaint. It is represented that:

1. Defendants have not previous obtained any extension of time to answer, reply, move, or otherwise response to the Complaint;

2. Defendant MyHeritage (USA), Inc. was served with the Complaint on February 29, 2024;

3. Defendants filed their Notice of Removal on March 29, 2024.

4. Without this extension, the time within which Defendant MyHeritage (USA), Inc. may answer, move, or otherwise reply to the Complaint would expire on April 5, 2024; and

5. With this extension, the time for Defendants to answer, move, or otherwise reply will be extended for a period of fourteen (14) days, until April 19, 2024.

Dated: March 29, 2024                    Respectfully submitted,

By: /s/ Nicholas K. Lagemann

Jacquelyn Fradette (*pro hac vice* to be filed)
Alan Charles Raul (*pro hac vice* to be filed)
1501 K Street, NW
Washington, District of Columbia 20005
(202) 736-8822
jfradette@sidley.com
araul@sidley.com
*Attorneys for Defendants MyHeritage Ltd.*
*and MyHeritage (USA), Inc.*

Nicholas K. Lagemann
McElroy, Deutsch, Mulvaney, & Carpenter, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel: (973) 425-8210
NLagemann@mdmc-law.com
*Attorney for Defendants MyHeritage Ltd.*
*and MyHeritage (USA), Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 29 day of March 2024, a true and correct copy of the foregoing **DEFENDANTS MYHERITAGE LTD. AND MYHERITAGE (USA), INC.'S APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, REPLY, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT UNDER LOCAL RULE 6.1(b)** was electronically filed and copies were served by ECF upon all counsel of record in this matter.

Date: March 29, 2024                    */s/ Nicholas K. Lagemann*
                                        Nicholas K. Lagemann

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# TRENTON VICINAGE

| | |
|---|---|
| ATLAS DATA PRIVACY CORP., JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN<br><br>*Plaintiffs*,<br><br>v.<br><br>MYHERITAGE LTD., MYHERITAGE (USA), INC., RICHARD ROES 1-10, *fictitious names of unknown individuals*, and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>*Defendant*. | Civil Action No. |

The above L. Civ. R. 6.1(b) Application is ORDERED GRANTED and the time within the above-referenced Defendants may answer, reply, move, or otherwise respond to the Complaint filed by Plaintiffs is hereby extended to April 19, 2024.


ORDER DATED: _____    MELISSA E. RHOADS, Clerk


                                                                                By:  _____
                                                                                       Deputy Clerk