UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Atlas Data Privacy Corp., et

*Plaintiff*

v.

MyHeritage Ltd., et al.

*Defendant*

Civil Action No. _____

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that MYHERITAGE LTD. & MYHERITAGE (USA), INC. is a non-governmental corporation and that:

☑ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

MyHeritage Ltd. is the parent corporation of MyHeritage (USA), Inc.

Moreshet Bareshet Ltd. is the parent corporation of MyHeritage Ltd.

No publicly held corporations own 10% or more of either entity's stock.

**OR**

☐ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*/s/ Nicholas K. Lagemann*
Signature of Attorney

1300 Mount Kemble Avenue
Address

Morristown, NJ 07962
City/State/Zip

03/29/2024
Date