**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| ATLAS DATA PRIVACY CORP., JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN<br><br>*Plaintiffs*,<br><br>v.<br><br>MYHERITAGE LTD., MYHERITAGE (USA), INC., RICHARD ROES 1-10, *fictitious names of unknown individuals*, and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>*Defendant*. | Civil Action No.: 3:24-cv-04392<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

PLEASE TAKE NOTICE that on May 6, 2024, or as soon thereafter as counsel may be heard, Defendants MyHeritage Ltd. and MyHeritage (USA), Inc., by and through its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, shall move for an entry of an order pursuant to Local Civil Rule 101.1(c), admitting Jacquelyn E. Fradette, Esq. *pro hac vice*.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants will rely upon the Declaration of Nicholas K. Lagemann, Esq. (Exhibit 1) and the Declaration of Jacquelyn E. Fradette, Esq. (Exhibit 2). A proposed form of Order (Exhibit 3) is submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless this Motion is contested.

Dated:  April 1, 2024

        McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

        /s/ Nicholas K. Lagemann
Nicholas K. Lagemann
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
nlagemann@mdmc-law.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 1, 2024, a true and correct copy of the foregoing Application for Admission Pro Hac Vice for Jacquelyn E. Fradette, Esq., was served on the following counsel of record electronically by transmission to an electronic filing service provider for service through the state's electronic filing manager:

GENOVA BURNS LLC
Rajiv D. Parikh
Kathleen Barnett Einhorn
494 Broad Street
Newark, NJ 07102
Telephone:    973-533-0777

  -and-

MORGAN & MORGAN
John A. Yanchunis
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone:    813-223-5505

                By:    /s/ Nicholas K. Lagemann
                    Nicholas K. Lagemann