# Exhibit 2

Case 1:24-cv-04392-HB     Document 12     Filed 04/11/24     Page 1 of 4 PageID: 265

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# TRENTON VICINAGE

| | |
|---|---|
| ATLAS DATA PRIVACY CORP., JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN<br><br>*Plaintiffs*,<br><br>v.<br><br>MYHERITAGE LTD., MYHERITAGE (USA), INC., RICHARD ROES 1-10, *fictitious names of unknown individuals*, and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>*Defendant*. | Civil Action No.: 3:24-cv-04392<br><br>**DECLARATION OF TYLER J. DOMINO IN SUPPORT<br>OF MOTION FOR ADMISSION<br><u>PRO HAC VICE</u>** |

I, Tyler J. Domino, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a senior managing associate of the law firm of Sidley Austin LLP and have personal knowledge of the facts stated herein. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter to appear as counsel and advocate for MyHeritage Ltd. and MyHeritage (USA), Inc.

2. I am a member in good standing of the Bars of the State of New York; the District of Columbia; the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Federal Circuit; the United States Court of Federal Claims; the United States District Court for the Southern District of New York; the United States District Court for the Northern District of New York; and the United States District Court for the District of Columbia.

3. I was admitted to the New York State Bar in 2018. The New York State Bar, Office of Court Administration, 25 Beaver Street, New York, New York 10004, maintains the roll of members of the New York State Bar.

4. I was admitted to the District of Columbia Bar in 2019. The District of Columbia Bar, 901 4th Street, NW, Washington, District of Columbia 20001, maintains the roll of members of the District of Columbia Bar.

5. I was admitted to the United States Court of Appeals for the Second Circuit in 2022. United States Court of Appeals for the Second Circuit, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, maintains the roll of members of the court's bar.

6. I was admitted to the United States Court of Appeals for the Federal Circuit in 2020. United States Court of Appeals for the Federal Circuit, 717 Madison Place, NW, Washington, District of Columbia 20439, maintains the roll of members of the court's bar.

7. I was admitted to the United States Court of Federal Claims in 2020. The United States Court of Federal Claims, Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, District of Columbia 20439, maintains the roll of members of the court's bar.

8. I was admitted to the United States District Court for the Southern District of New York in 2022. United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007, maintains the roll of members of the court's bar.

9. I was admitted to the United States District Court for the Northern District of New York in 2022. United States District Court for the Northern District of New York, James T.

Foley Courthouse, Suite 509, 445 Broadway, Albany, New York 12207, maintains the roll of members of the court's bar.

10. I was admitted to the United States District Court for the District of Columbia in 2020. United States District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, District of Columbia 20001, maintains the roll of members of the court's bar.

11. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. Furthermore, there are no pending disciplinary proceedings against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction.

12. I will promptly advise the Court of any pending charges or of the institution of new disciplinary proceedings during the period of my pro hac vice admission.

13. I am not eligible for admission to the bar of this Court under L. Civ. R. 101.1(b).

Executed on this 9th day of April, 2024.

SIDLEY AUSTIN LLP

By: _____
Tyler J. Domino
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5000
Facsimile: (212) 839-5599
Email: tdomino@sidley.com
