# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| ATLAS DATA PRIVACY CORP., JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN<br><br>*Plaintiffs*,<br><br>v.<br><br>MYHERITAGE LTD., MYHERITAGE (USA), INC., RICHARD ROES 1-10, *fictitious names of unknown individuals*, and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>*Defendant*. | Civil Action No.: 3:24-cv-04392<br><br>**ORDER FOR ADMISSION**<br>**<u>PRO HAC VICE</u>** |

**THIS MATTER** having been brought before the Court on the application of Nicholas K. Lagemann, McElroy Deutsch Mulvaney & Carpenter, LLP, attorneys for MyHeritage Ltd. and MyHeritage (USA), Inc., to allow Tyler J. Domino to appear and participate *pro hac vice* pursuant to Local Civil Rule 101.1; and the Court having considered the submissions in support of the application which reflect that Tyler J. Domino satisfies the requirements set forth in the Local Civil Rule; and for good cause shown;

**IT IS** on this **10th** day of **April**, **2024**

**ORDERED** that MyHeritage Ltd. and MyHeritage (USA), Inc.'s application is hereby granted; and it is further

**ORDERED** that Tyler J. Domino, a member in good standing of the Bars of the State of New York and District of Columbia, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys of record for Defendants who are admitted to the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that Tyler J. Domino shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Tyler J. Domino shall make payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Tyler J. Domino shall be bound by the Rules of the U.S. District court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, L. Civ. R. 104.1, *Discipline of Attorneys*, and Appendix R.

Dated: April 10, 2024

Harvey Bartle III
United States District Judge