UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                           **DATE OF PROCEEDINGS: 05/05/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**  CV 24-4392 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
            v.
MYHERITAGE, LTD. et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  3:06 PM                    Time Adjourned: 3:08 PM

Total:  2 minutes

                                            s/ *David Bruey*
                                            **DEPUTY CLERK**