**McElroy Deutsch**

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

NICHOLAS K. LAGEMANN
(973) 425-8210
nlagemann@mdmc-law.com

June 11, 2024

**By ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      RE:    *Atlas Data Privacy Corp., et al. v. MyHeritage Ltd. et al.*,
              Docket No. 1:24-cv-04392-HB
              <u>Joinder in Defendants' Consolidated Motion to Dismiss Plaintiff's Complaint</u>

Dear Judge Bartle:

      Along with Sidley Austin LLP, we represent defendants MyHeritage Ltd. and MyHeritage (USA), Inc. (collectively, the "MyHeritage Defendants") in the above-captioned matter. We write to advise the Court that the MyHeritage Defendants join in the motion to dismiss Plaintiffs' Complaint on First Amendment grounds filed last evening in *Atlas Data Privacy Corporation, et al. v. Lightbox Parent LP, et al.*, No. 1:24-cv-4105-HB, Dkt. No. 27.[1] For the reasons explained in the Memorandum of Law is Support of the Consolidated Motion to Dismiss, the MyHeritage Defendants respectfully request that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

      Thank you for your attention to this matter.

                            Respectfully submitted,

                            /s/ Nicholas K. Lagemann
              **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
                          Nicholas K. Lagemann

cc:    Counsel for Plaintiffs (via ECF)

---

[1] As the Court has previously ruled, the MyHeritage Defendants do not waive or forfeit any other defense—including, for example, lack of personal jurisdiction—by joining in this motion.