# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

---

NICHOLAS K. LAGEMANN
(973) 425-8210
nlagemann@mdmc-law.com

September 10, 2024

**By ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> **RE:** *Atlas Data Privacy Corp., et al. v. MyHeritage Ltd. et al.*,
> **Docket No. 1:24-cv-04392-HB**
> **Joinder in Defendants' Consolidated Opposition to Motion to Remand**

Dear Judge Bartle:

Along with Sidley Austin LLP, we represent defendants MyHeritage Ltd. and MyHeritage (USA), Inc. (collectively, the "MyHeritage Defendants") in the above-captioned matter. We write to advise the Court that the MyHeritage Defendants join in the Consolidated Opposition to the Motion to Remand filed yesterday in *Atlas Data Privacy Corporation, et al. v. Carco Group Inc., Intellicorp Records, Inc., et al*, No. 1:24-cv-04077-HB, Dkt. No. 53. Please be further advised that the MyHeritage Defendants will also be filing an individual brief regarding its position that the doctrine of fraudulent joinder separately supports jurisdiction.

For the reasons explained in the Consolidated Opposition Brief, *Carco Group* Dkt. No. 53, the MyHeritage Defendants respectfully request that the Court deny Plaintiff's motion to remand.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Nicholas K. Lagemann
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Nicholas K. Lagemann

cc:    Counsel for Plaintiffs (via ECF)