# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

---

NICHOLAS K. LAGEMANN
(973) 425-8210
nlagemann@mdmc-law.com

September 16, 2024

**By ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> RE:  *Atlas Data Privacy Corp., et al. v. MyHeritage Ltd. et al.*,
>    Docket No. 1:24-cv-04392-HB
>    **Joinder in Reply in Support Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

Along with Sidley Austin LLP, we represent defendants MyHeritage Ltd. and MyHeritage (USA), Inc. (collectively, the "MyHeritage Defendants") in the above-captioned matter. We write to advise the Court that the MyHeritage Defendants join in the Reply in Support of Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint filed September 13, 2024, in *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.*, No. 1:24-cv-04105-HB, Dkt. No. 54 (the "Consolidated Reply").

For the reasons explained in the Consolidated Reply, *Lightbox Parent, L.P.* Dkt. No. 54, the MyHeritage Defendants respectfully request that the Court grant the Consolidated Motion to Dismiss which the MyHeritage Defendants previously joined and dismiss the Plaintiffs' Complaint in this matter with prejudice.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Nicholas K. Lagemann
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Nicholas K. Lagemann

cc:   Counsel for Plaintiffs (via ECF)