# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

NICHOLAS K. LAGEMANN
(973) 425-8210
nlagemann@mdmc-law.com

September 17, 2024

**By ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      **RE:**   *Atlas Data Privacy Corp., et al. v. MyHeritage Ltd. et al.*,
             Docket No. 1:24-cv-04392-HB
             <u>Joinder in Supplemental Brief in Opposition to Plaintiffs' Consolidated Motion to Remand</u>

Dear Judge Bartle:

      Along with Sidley Austin LLP, we represent defendants MyHeritage Ltd. and MyHeritage (USA), Inc. (collectively, the "MyHeritage Defendants") in the above-captioned matter. The MyHeritage Defendants previously joined in the Consolidated Opposition to the Motion to Remand filed September 9, 2024, in *Atlas Data Privacy Corporation, et al. v. Carco Group Inc., Intellicorp Records, Inc., et al*, No. 1:24-cv-04077-HB. *See* Dkt. 39. We write to advise the Court that the MyHeritage Defendants join in the Supplemental Brief in Opposition to Plaintiffs' Consolidated Motion to Remand filed September 16, 2024, in *Atlas Data Privacy Corporation, et al. v. Blackbaud, Inc., et al.*, No. 1:24-cv-03993-HB, Dkt. No. 59 (the "*Blackbaud* Supplemental Opposition to Remand"). Please be further advised that the MyHeritage Defendants also filed an individual brief regarding its position that the doctrine of fraudulent joinder separately supports jurisdiction. *See* Dkt. 41 (collectively, with the Consolidated Opposition Brief and *Blackbaud* Supplemental Opposition to Remand, the "Opposition to Remand Briefing").

      For the reasons explained in the Opposition to Remand Briefing, the MyHeritage Defendants respectfully request that the Court deny the Plaintiffs' Motion to Remand.

      Thank you for your attention to this matter.

McElroy, Deutsch, Mulvaney & Carpenter, LLP
COLORADO · CONNECTICUT · DELAWARE · FLORIDA · MASSACHUSETTS · NEW JERSEY · NEW YORK · PENNSYLVANIA · RHODE ISLAND

# McElroy Deutsch

The Honorable Harvey Bartle III, U.S.D.J.
September 17, 2024

Respectfully submitted,

<u>/s/ Nicholas K. Lagemann</u>
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Nicholas K. Lagemann

cc:    Counsel for Plaintiffs (via ECF)