**McElroy Deutsch**

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

NICHOLAS K. LAGEMANN
(973) 425-8210
nlagemann@mdmc-law.com

October 14, 2024

**By ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

>  **RE:** *Atlas Data Privacy Corp., et al. v. MyHeritage Ltd. et al.*,
>  **Docket No. 1:24-cv-04392-HB**
>  **Joinder in Supplemental Memorandum of Law in Further Support of Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

Along with Sidley Austin LLP, we represent defendants MyHeritage Ltd. and MyHeritage (USA), Inc. (collectively, the "MyHeritage Defendants") in the above-captioned matter. We write to advise the Court that the MyHeritage Defendants join in the Supplemental Memorandum of Law in Further Support of Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint filed October 11, 2024, in *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.*, No. 1:24-cv-04105-HB, Dkt. No. 66 (the "Supplemental Briefing").

For the reasons explained in the Supplemental Briefing, *Lightbox Parent, L.P.* Dkt. No. 66, the MyHeritage Defendants respectfully request that the Court grant the Consolidated Motion to Dismiss which the MyHeritage Defendants previously joined and dismiss the Plaintiffs' Complaint in this matter with prejudice.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Nicholas K. Lagemann
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Nicholas K. Lagemann

cc:   Counsel for Plaintiffs (via ECF)