# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

<u>Atlas Data Privacy Corporation, et. al.</u>     )
      *Plaintiff*                                )
        v.                                    )     Case No. 24-4037
                                                )
<u>We Inform, LLC, et. al.</u>                    )
      *Defendant*                                )

<u>Atlas Data Privacy Corporation, et. al.</u>     )
      *Plaintiff*                                )
        v.                                    )     Case No. 24-4041
                                                )
<u>Infomatics, LLC, et. al.</u>                   )
      *Defendant*                                )

<u>Atlas Data Privacy Corporation, et. al.</u>     )
      *Plaintiff*                                )
        v.                                    )     Case No. 24-4045
                                                )
<u>The People Searchers, LLC, et. al.</u>          )
      *Defendant*                                )

<u>Atlas Data Privacy Corporation, et. al.</u>     )
      *Plaintiff*                                )
        v.                                    )     Case No. 24-4075
                                                )
<u>DM Group, Inc., et. al.</u>                    )
      *Defendant*                                )

<u>Atlas Data Privacy Corporation, et. al.</u>     )
      *Plaintiff*                                )
        v.                                    )     Case No. 24-4080
                                                )
<u>Deluxe Corporation, et. al.</u>                )
      *Defendant*                                )

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. <br> *Plaintiff* <br> v. <br><br> Delvepoint, LLC, et. al. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 24-4096 |
| Atlas Data Privacy Corporation, et. al. <br> *Plaintiff* <br> v. <br><br> Quantarium Alliance, LLC, et. al. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 24-4098 |
| Atlas Data Privacy Corporation, et. al. <br> *Plaintiff* <br> v. <br><br> Yardi Systems, Inc., et. al. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 24-4103 |
| Atlas Data Privacy Corporation, et. al. <br> *Plaintiff* <br> v. <br><br> Digital Safety Products, LLC, et. al. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 24-4141 |
| Atlas Data Privacy Corporation, et. al. <br> *Plaintiff* <br> v. <br><br> Cvil Data Research <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 24-4143 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> ) | | |
|     *Plaintiff* ) | | |
|         v. ) | Case No. 24-4160 | |
| ) | | |
| <u>Scalable Commerce, LLC, et. al.</u> ) | | |
|     *Defendant* ) | | |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> ) | |
|     *Plaintiff* ) | |
|         v. ) | Case No. 24-4174 |
| ) | |
| <u>Labels & Lists, Inc., et. al.</u> ) | |
|     *Defendant* ) | |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> ) | |
|     *Plaintiff* ) | |
|         v. ) | Case No. 24-4176 |
| ) | |
| <u>Innovis Data Solutions Inc., et. al.</u> ) | |
|     *Defendant* ) | |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> ) | |
|     *Plaintiff* ) | |
|         v. ) | Case No. 24-4178 |
| ) | |
| <u>Accurate Append, Inc., et. al.</u> ) | |
|     *Defendant* ) | |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> ) | |
|     *Plaintiff* ) | |
|         v. ) | Case No. 24-4256 |
| ) | |
| <u>Zillow, Inc., et. al.</u> ) | |
|     *Defendant* ) | |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.  )<br>    *Plaintiff*  )<br>        v.  )<br>  )<br>Equimine, Inc., et. al.  )<br>    *Defendant*  ) | Case No. 24-4261 |
| Atlas Data Privacy Corporation, et. al.  )<br>    *Plaintiff*  )<br>        v.  )<br>  )<br>Melissa Data Corp., et. al.  )<br>    *Defendant*  ) | Case No. 24-4292 |
| Atlas Data Privacy Corporation, et. al.  )<br>    *Plaintiff*  )<br>        v.  )<br>  )<br>Restoration of America, et. al.  )<br>    *Defendant*  ) | Case No. 24-4324 |
| Atlas Data Privacy Corporation, et. al.  )<br>    *Plaintiff*  )<br>        v.  )<br>  )<br>i360, LLC, et. al.  )<br>    *Defendant*  ) | Case No. 24-4345 |
| Atlas Data Privacy Corporation, et. al.  )<br>    *Plaintiff*  )<br>        v.  )<br>  )<br>GoHunt, LLC, et. al.  )<br>    *Defendant*  ) | Case No. 24-4380 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4383 |
| | ) | |
| Accuzip, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4385 |
| | ) | |
| Synaptix Technology, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4389 |
| | ) | |
| Joy Rockwell Enterprises, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4390 |
| | ) | |
| Fortnoff Financial, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4392 |
| | ) | |
| MyHeritage, Ltd., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>      ) | | |
| *Plaintiff*      ) | | |
| v.      ) | Case No. 24-4434 | |
| ) | | |
| <u>E-merges.com, Inc., et. al.</u>      ) | | |
| *Defendant*      ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>      ) | | |
| *Plaintiff*      ) | | |
| v.      ) | Case No. 24-4609 | |
| ) | | |
| <u>Nuwber, Inc., et. al.</u>      ) | | |
| *Defendant*      ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>      ) | | |
| *Plaintiff*      ) | | |
| v.      ) | Case No. 24-4664 | |
| ) | | |
| <u>RocketReach LLC, et. al.</u>      ) | | |
| *Defendant*      ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>      ) | | |
| *Plaintiff*      ) | | |
| v.      ) | Case No. 24-4949 | |
| ) | | |
| <u>Belles Camp Communications, Inc., et. al.</u>      ) | | |
| *Defendant*      ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>      ) | | |
| *Plaintiff*      ) | | |
| v.      ) | Case No. 24-5600 | |
| ) | | |
| <u>Property Radar Inc., et. al.</u>      ) | | |
| *Defendant*      ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     )<br>*Plaintiff*     )<br>      v.     )<br>     )<br><u>The Alesco Group, L.L.C., et. al.</u>     )<br>*Defendant*     ) | Case No. 24-5656 |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     )<br>*Plaintiff*     )<br>      v.     )<br>     )<br><u>Searchbug, Inc., et. al.</u>     )<br>*Defendant*     ) | Case No. 24-5658 |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     )<br>*Plaintiff*     )<br>      v.     )<br>     )<br><u>Amerilist, Inc., et. al.</u>     )<br>*Defendant*     ) | Case No. 24-5775 |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     )<br>*Plaintiff*     )<br>      v.     )<br>     )<br><u>U.S. Data Corporation, et. al.</u>     )<br>*Defendant*     ) | Case No. 24-7324 |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     )<br>*Plaintiff*     )<br>      v.     )<br>     )<br><u>Smarty, LLC, et. al.</u>     )<br>*Defendant*     ) | Case No. 24-8075 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> Compact Information Systems, LLC., et. al. ) <br> *Defendant* ) | Case No. 24-8451 |
| Atlas Data Privacy Corporation, et. al. ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> Darkowl, LLC, et. al. ) <br> *Defendant* ) | Case No. 24-10600 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

Intervenor Attorney General of New Jersey.

Date: 12/6/2024

*Attorney's signature*

KASHIF T. CHAND
N.J. Bar No. 016752008
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KASHIF.CHAND@LAW.NJOAG.GOV
*E-mail address*

973-648-2052
*Telephone number*

973-648-3879
*FAX number*