# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement office*r, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN<br><br>Plaintiffs,<br><br>v.<br><br>MYHERITAGE LTD., et al.,<br><br>Defendant. | Civil Action No. 24-cv-4392 (HB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), any and all claims asserted by Plaintiffs Atlas Data Privacy Corporation ("Atlas"), *as assignee of individuals who are Covered Persons*; Atlas' Assignors; and Individual Plaintiffs Jane Doe-1, Jane Doe-2, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, and William Sullivan (collectively, the "Plaintiffs"), against Defendants MyHeritage, Ltd. and MyHeritage (USA), Inc. (the "Defendants") in the above-captioned matter shall be **DISMISSED WITH PREJUDICE**. The parties shall bear their own attorney's fees and costs as agreed to in the Settlement Agreement.

Date:   May 21, 2025

1

Agreed as to form and substance:

| | |
|---|---|
| */s/ Jessica A. Merejo* | */s/ Nicholas K. Lagemann* |
| PEM LAW LLP | MCELROY, DEUTSCH, MULVANEY, |
| Rajiv D. Parikh | & CARPENTER, LLP |
| Kathleen Barnett Einhorn | Nicholas K. Lagemann |
| Jessica A. Merejo | 1300 Mount Kemble Avenue |
| 1 Boland Drive, Suite 101 | Morristown, NJ 07962 |
| West Orange, NJ 07052 | Tel: (973) 425-8210 |
| (973) 577-5500 | nlagemann@mdmc-law.com |
| rparikh@pemlawfirm.com | |
| keinhorn@pemlawfirm.com | Jacquelyn Fradette (*pro hac vice*) |
| jmerejo@pemlawfirm.com | Alan Charles Raul (*pro hac vice*) |
| | 1501 K Street, NW |
| MORGAN & MORGAN | Washington, District of Columbia 20005 |
| John A. Yanchunis | (202) 736-8822 |
| Ryan Joseph McGee | jfradette@sidley.com |
| 201 N. Franklin Street, 7th Floor | araul@sidley.com |
| Tampa, FL 33602 | |
| (813) 223-5505 | SIDLEY AUSTIN LLP |
| jyanchunis@for the people.com | Tyler J. Domino (*pro hac vice*) |
| rmcgee@forthepeople.com | 787 Seventh Avenue |
| | New York, NY 10019 |
| *Attorneys for Plaintiffs* | (212) 839-5300 |
| | tdomino@sidley.com |
| | |
| | *Attorneys for Defendant MyHeritage Ltd.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has served on May 21, 2025 to all counsel of record who is deemed to have consented to electronic service via the Court's CM/ECF system.

By: /s/ *Jessica A. Merejo*

1