## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN

                Plaintiffs,

                v.

MYHERITAGE LTD., et al.,

                Defendant.

Civil Action No. 24-cv-4392 (HB)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), any and all claims asserted by Plaintiffs Atlas Data Privacy Corporation ("Atlas"), *as assignee of individuals who are Covered Persons*; Atlas' Assignors; and Individual Plaintiffs Jane Doe-1, Jane Doe-2, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, and William Sullivan (collectively, the "Plaintiffs"), against Defendants MyHeritage, Ltd. and MyHeritage (USA), Inc. (the "Defendants") in the above-captioned matter shall be **DISMISSED WITH PREJUDICE**. The parties shall bear their own attorney's fees and costs as agreed to in the Settlement Agreement.

Date:   May 21, 2025

Agreed as to form and substance:

*/s/ Jessica A. Merejo*
PEM LAW LLP
Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
1 Boland Drive, Suite 101
West Orange, NJ 07052
(973) 577-5500
rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com

MORGAN & MORGAN
John A. Yanchunis
Ryan Joseph McGee
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
(813) 223-5505
jyanchunis@for the people.com
rmcgee@forthepeople.com

*Attorneys for Plaintiffs*

*/s/ Nicholas K. Lagemann*
MCELROY, DEUTSCH, MULVANEY,
& CARPENTER, LLP
Nicholas K. Lagemann
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel: (973) 425-8210
nlagemann@mdmc-law.com

Jacquelyn Fradette (*pro hac vice*)
Alan Charles Raul (*pro hac vice*)
1501 K Street, NW
Washington, District of Columbia 20005
(202) 736-8822
jfradette@sidley.com
araul@sidley.com

SIDLEY AUSTIN LLP
Tyler J. Domino (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
tdomino@sidley.com

*Attorneys for Defendant MyHeritage Ltd.*

So Ordered this 22nd day
of May , 2025
/s/ Harvey Bartle III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has served

on May 21, 2025 to all counsel of record who is deemed to have consented to electronic service

via the Court's CM/ECF system.


By:    /s/ *Jessica A. Merejo*