# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1579

Atlas Data Privacy Corp, et al v. MyHeritage Ltd, et al

(U.S. District Court No.: 1:24-cv-04392)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   May 22, 2025
LMR/cc:   David Boies, Esq.
Alan J. Butler, Esq.
Kashif T. Chand, Esq.
Rebekah R. Conroy, Esq.
Tyler J. Domino, Esq.
Liza B. Fleming, Esq.
Arleigh P. Helfer III, Esq.
Mark C. Mao, Esq.
Jessica A. Merejo, Esq.
Eric M. Palmer, Esq.
Rajiv D. Parikh, Esq.
Samantha D. Parrish, Esq.
Alan C. Raul, Esq.
Melissa E. Rhoads,
Jennifer L. Sarvadi, Esq.
Adam R. Shaw, Esq.
Robert D. Tilley, Esq.
Michael L. Zuckerman, Esq.



A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate